ORIGINAL

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| Nucor Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Court No. 02-00729 |
| v. | ) |
| | ) |
| United States | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the consent motion of National Steel Corporation and United States Steel Corporation ("Applicants") to intervene as a matter of right as party plaintiffs in the above-captioned action, it is hereby

ORDERED, that Applicants' motion to intervene is granted, and it is further

ORDERED, that Applicants be entered as plaintiff-intervenors in the above-captioned action.

SO ORDERED.

_____
United States Court of International Trade

Dated: _____, 2002

403278.01-D.C. S2A

ORIGINAL

## UNITED STATES COURT OF INTERNATIONAL TRADE

|                          |   |
|--------------------------|---|
| Nucor Corporation,       | ) |
|              Plaintiff,  | ) Court No. 02-00729 |
|         v.               | ) |
| United States            | ) |
|              Defendant.  | ) |

### CONSENT MOTION TO INTERVENE AS OF RIGHT

Pursuant to Rules 24(a) and (c) of the Rules of this Court, National Steel Corporation and United States Steel Corporation ("Applicants"), by and through their attorneys, hereby request that they be permitted to intervene in the above-captioned matter as party plaintiffs.

1.   Nucor Corporation ("Nucor") instituted this action pursuant to 28 U.S.C. § 1581(c) and 19 U.S.C. § 1516a(a)(2)(A)(i)(I) (2002) to contest the final negative determinations by the United States International Trade Commission in <u>Certain Cold-Rolled Steel Products from Argentina, Belgium, Brazil, China, France, Germany, Korea, the Netherlands, New Zealand, Russia, South Africa, Spain, Taiwan, Turkey, and Venezuela</u>, USITC Pub. 3551, Inv. Nos. 701-TA-423-425 and 731-TA-964, 966-970, 973-978, 980, and 982-983 (Final) (Nov. 2002); <u>see also</u> 67 Fed. Reg. 68685 (Int'l Trade Comm'n Nov. 12, 2002).

2.   Applicants, which are producers in the United States of a domestic like product to the subject merchandise, participated as domestic interested parties in the

contested investigation. Accordingly, Applicants are interested parties within the meaning of 19 U.S.C. § 1677(9)(C) and may intervene in this action as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B).

3. Nucor filed a summons and complaint commencing this action on November 14, 2002. This motion is being made within thirty days after the date of service of Nucor's complaint and is, therefore, timely under Rules 24(a) and 6(c) of this Court.

4. In accord with Rule 24(c), Applicants state that they desire to litigate all issues associated with Nucor's challenge to the Commission's final negative determinations. In particular, Applicants contend that these determinations are not supported by substantial evidence and are otherwise not in accordance with law.

5. Counsel for Applicants have discussed this motion with counsel to the other parties and all parties have given their consent. By telephone on November 19, 2002, Charles St. Charles of the United States International Trade Commission, counsel to the Defendant, consented to this motion; and by telephone on November 20, 2002, Timothy Brightbill of the firm of Wiley, Rein & Fielding, counsel to Nucor, consented to this motion. By telephone on November 19, 2002, consent to this motion was also obtained from Roger Schagrin, of Schagrin Associates, counsel to Steel Dynamics, Inc., Weirton Steel Corporation, and the Independent Steelworkers Union, which have sought to intervene as party plaintiffs.

For the foregoing reasons, Applicants respectfully request that this motion be granted and that they be permitted to intervene in these proceedings.

        Respectfully submitted,

        */s/ John J. Mangan*
        Robert E. Lighthizer
        John J. Mangan
        James C. Hecht

        SKADDEN, ARPS, SLATE,
          MEAGHER & FLOM LLP
        1440 New York Avenue, N.W.
        Washington, D.C. 20005
        (202) 371-7000

        Counsel to Applicants

Dated: November 21, 2002

RECEIVED & FILED

2002 NOV 25 P 3:19

U.S. COURT OF
INTERNATIONAL TRADE
[illegible] OF [illegible] CLERK

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(e), THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING-
TO WIT_____ 11-21-02