Form 11
**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Nucor Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>United States )<br>)<br>Defendant. )<br>) | Court No. 02-00729 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as lead counsel for National Steel Corporation and United States Steel Corporation, which are applicants for intervention in this action. We request that all papers be served upon Skadden, Arps, Slate, Meagher & Flom LLP at the address below. The individual attorney in the undersigned firm who is responsible for the litigation is John J. Mangan. John J. Mangan is designated as attorney of record to serve, file, and receive service of pleadings and other papers on behalf of the applicants for intervention.

Respectfully submitted,

Robert E. Lighthizer
John J. Mangan
James C. Hecht

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Dated: November 21, 2002

RECEIVED & FILED

2002 NOV 25  P 3: 20

U.S. COURT OF
INTERNATIONAL TRADE
LEO M. GORDON, CLERK


IN ACCORDANCE WITH THE PROVISION
OF RULE 5(e), THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING
TO WIT       11-21-02