Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

Nucor Corporation,

                              Plaintiff,

              v.

United States,

                           Defendant.

Court No. 02-00729

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Robert E. Lighthizer certifies that

1.    I am

       ☒  an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

       ☐  a consultant employed by

         _____.

2.    I represent, or am retained by or on behalf of

       ☐  a party to this action,

       ☒  an interested party that has filed a motion to intervene in this action, which is identified below:

         National Steel Corporation and United States Steel Corporation

3.    I was

       ☒  granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐  not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.    I am

☒    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

Robert E. Lighthizer
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

Nucor Corporation,

Plaintiff,

v.

United States,                                        Court No. 02-00729

Defendant.

BUSINESS PROPRIETARY INFORMATION CERTIFICATION

John J. Mangan certifies that

1.     I am

☒    an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐    a consultant employed by _____.

2.     I represent, or am retained by or on behalf of

☐    a party to this action,

☒    an interested party that has filed a motion to intervene in this action, which is identified below:

National Steel Corporation and United States Steel Corporation

3.     I was

☒    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.    I am

☒    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

John J. Mangan
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Nucor Corporation,<br><br>           Plaintiff,<br>      v.<br><br>United States,<br><br>           Defendant. | Court No. 02-00729 |

BUSINESS PROPRIETARY INFORMATION CERTIFICATION

James C. Hecht certifies that

1.     I am

        ☒  an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

        ☐  a consultant employed by
        _____.

2.     I represent, or am retained by or on behalf of

        ☐  a party to this action,

        ☒  an interested party that has filed a motion to intervene in this action, which is identified below:

        National Steel Corporation and United States Steel Corporation

3.     I was

        ☒  granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐   not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.     I am

☒   (for attorneys) not involved in competitive decision making for the interested party I represent.

☐   (for consultants) independent of all parties in this action.

5.     I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

James C. Hecht
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Date: November 19, 2002

2

Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Nucor Corporation,<br><br>                 Plaintiff,<br>        v.<br><br>United States,<br><br>                 Defendant. | Court No. 02-00729 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Ellen J. Schneider certifies that

1.    I am

        ☒  an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

        ☐  a consultant employed by
        _____.

2.    I represent, or am retained by or on behalf of

        ☐  a party to this action,

        ☒  an interested party that has filed a motion to intervene in this action, which is identified below:

           National Steel Corporation and United States Steel Corporation

3.    I was

        ☒  granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.    I am

☒    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

Ellen J. Schneider
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

2

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

Nucor Corporation,

Plaintiff,

v.

United States,

Defendant.

Court No. 02-00729

BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Stephen P. Vaughn certifies that

1.     I am

☒     an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐     a consultant employed by
_____.

2.     I represent, or am retained by or on behalf of

☐     a party to this action,

☒     an interested party that has filed a motion to intervene in this action, which is identified below:

National Steel Corporation and United States Steel Corporation

3.     I was

☒     granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐  not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.    I am

☒    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

Stephen P. Vaughn
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

2

Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Nucor Corporation,<br><br>                          Plaintiff,<br>                  v.<br><br>United States,<br><br>                          Defendant. | Court No. 02-00729 |

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Jeffrey D. Gerrish certifies that

1.    I am

      ☒    an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

      ☐    a consultant employed by
      _____.

2.    I represent, or am retained by or on behalf of

      ☐    a party to this action,

      ☒    an interested party that has filed a motion to intervene in this action, which is identified below:

       National Steel Corporation and United States Steel Corporation

3.    I was

      ☒    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐   not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.     I am

    ☒   (for attorneys) not involved in competitive decision making for the interested party I represent.

    ☐   (for consultants) independent of all parties in this action.

5.     I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

Jeffrey D. Gerrish
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

Nucor Corporation,

<div style="margin-left:2em">Plaintiff,</div>

v.

United States,

<div style="margin-left:2em">Defendant.</div>

Court No. 02-00729

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Daniel L. Schneiderman certifies that

1.  I am

    ☒  an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

    ☐  a consultant employed by _____.

2.  I represent, or am retained by or on behalf of

    ☐  a party to this action,

    ☒  an interested party that has filed a motion to intervene in this action, which is identified below:

    National Steel Corporation and United States Steel Corporation

3.  I was

    ☒  granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.      I am

☒ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5.      I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

*Daniel L. Schneiderman* /

Daniel L. Schneiderman
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November *19*, 2002

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

Nucor Corporation,

                                   Plaintiff,
                    v.

United States,                                    Court No. 02-00729

                                   Defendant.

BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Mark B. Teerink certifies that

1.    I am

      ☒    an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom
           LLP; or an attorney in the corporate legal department of _____,
           and I have read and am familiar with the Rules of the United States
           Court of International Trade.

      ☐    a consultant employed by
           _____.

2.    I represent, or am retained by or on behalf of

      ☐    a party to this action,

      ☒    an interested party that has filed a motion to intervene in this action,
           which is identified below:

           National Steel Corporation and United States Steel Corporation

3.    I was

      ☒    granted access to business proprietary information subject to an
           administrative protective order in the administrative proceeding which
           gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.    I am

☒    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

Mark B. Teerink
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November _19_, 2002

2

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Nucor Corporation,<br><br>                              Plaintiff,<br>               v.<br><br>United States,<br><br>                              Defendant. | Court No. 02-00729 |

BUSINESS PROPRIETARY INFORMATION CERTIFICATION

John J. Todor certifies that

1.    I am

☒   an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom
       LLP; or an attorney in the corporate legal department of _____,
       and I have read and am familiar with the Rules of the United States
       Court of International Trade.

□   a consultant employed by
       _____.

2.    I represent, or am retained by or on behalf of

□   a party to this action,

☒   an interested party that has filed a motion to intervene in this action,
       which is identified below:

       National Steel Corporation and United States Steel Corporation

3.    I was

☒   granted access to business proprietary information subject to an
       administrative protective order in the administrative proceeding which
       gives rise to this action.

☐     not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.     I am

    ☒     (for attorneys) not involved in competitive decision making for the interested party I represent.

    ☐     (for consultants) independent of all parties in this action.

5.     I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

_____

John J. Todor
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Date: November 19, 2002

2

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Nucor Corporation,<br><br>                              Plaintiff,<br><br>                    v.<br><br>United States,<br><br>                              Defendant. | Court No. 02-00729 |

BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Uma N. Everett certifies that

1.    I am

☒    an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom
       LLP; or an attorney in the corporate legal department of _____,
       and I have read and am familiar with the Rules of the United States
       Court of International Trade.

☐    a consultant employed by
       _____.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☒    an interested party that has filed a motion to intervene in this action,
       which is identified below:

       National Steel Corporation and United States Steel Corporation

3.    I was

☒    granted access to business proprietary information subject to an
       administrative protective order in the administrative proceeding which
       gives rise to this action.

☐     not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.     I am

     ☒     (for attorneys) not involved in competitive decision making for the interested party I represent.

     ☐     (for consultants) independent of all parties in this action.

5.     I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

*Uma N. Everett*

Uma N. Everett
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Date: November 19, 2002

Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Nucor Corporation,<br><br>                Plaintiff,<br>        v.<br><br>United States,<br><br>               Defendant. | Court No. 02-00729 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Stephen J. Narkin certifies that

1.    I am

        ☒    an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

        ☐    a consultant employed by

        _____.

2.    I represent, or am retained by or on behalf of

        ☐    a party to this action,

        ☒    an interested party that has filed a motion to intervene in this action, which is identified below:

           National Steel Corporation and United States Steel Corporation

3.    I was

        ☒    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.  I am

☒ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5.  I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

_____
Stephen J. Narkin
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002



RECEIVED & FILED

2002 NOV 25 ᑭ 3: 22

U.S. DISTRICT
CENTRAL DIST. OF CT.

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(e) THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING-
TO WIT _____ 11 - 21 - 02