Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

Nucor Corporation,

                                    Plaintiff,

                    v.

United States,

                                    Defendant.

Court No. 02-00729

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

David J. Albright certifies that

1.    I am

☐    an attorney at the law firm of _____; or an
      attorney in the corporate legal department of _____, and I have
      read and am familiar with the Rules of the United States
      Court of International Trade.

☒    a consultant employed by
      Skadden, Arps, Slate, Meagher & Flom LLP.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☒    an interested party that has filed a motion to intervene in this action,
      which is identified below:

        National Steel Corporation and United States Steel Corporation

3.    I was

☒    granted access to business proprietary information subject to an
      administrative protective order in the administrative proceeding which
      gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.    I am

☐ (for attorneys) not involved in competitive decision making for the interested party I represent.

☒ (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

David J. Albright
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

2

### ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.    Certification by the consultant:

In this action, my access to business proprietary information will be under the direction and control of John J. Mangan, an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, who has provided the following certification.

David J. Albright
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

2.    Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and am admitted to practice before the United States Court of International Trade. I have met the criteria for access to business proprietary information under Rule 71(c) of the Rules of the United States Court of International Trade. I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 71(c) and the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) of the Rules of the United States Court of International Trade.

John J. Mangan
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 21, 2002

Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

Nucor Corporation,

Plaintiff,

v.

United States,

Defendant.

Court No. 02-00729

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Richard J. DeMaio certifies that

1.　　I am

☐　an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☒　a consultant employed by
Skadden, Arps, Slate, Meagher & Flom LLP.

2.　　I represent, or am retained by or on behalf of

☐　a party to this action,

☒　an interested party that has filed a motion to intervene in this action, which is identified below:

　　　National Steel Corporation and United States Steel Corporation

3.　　I was

☒　granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐  not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.    I am

☐  (for attorneys) not involved in competitive decision making for the interested party I represent.

☒  (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

_____

Richard J. DeMaio
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November *19*, 2002

2

ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS
PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.    Certification by the consultant:

In this action, my access to business proprietary information will be under the
direction and control of John J. Mangan, an attorney at the law firm of
Skadden, Arps, Slate, Meagher & Flom LLP, who has provided the following
certification.

Richard J. DeMaio
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

2.    Certification by the attorney who is responsible for the direction and control
of the consultant's access to business proprietary information:

I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom
LLP and am admitted to practice before the United States Court of Interna-
tional Trade. I have met the criteria for access to business proprietary informa-
tion under Rule 71(c) of the Rules of the United States Court of International
Trade. I will exercise direction and control over the access to business
proprietary information by the consultant who submits this Certification, and
agree to assume responsibility for the consultant's compliance with the terms
of Rule 71(c) and the Appendix on Access to Business Proprietary Informa-
tion Pursuant to Rule 71(c) of the Rules of the United States Court of Interna-
tional Trade.

John J. Mangan
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 21, 2002

3

Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

Nucor Corporation,

                                        Plaintiff,
                        v.

United States,                                        Court No. 02-00729

                                        Defendant.


## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Pamela A. Marcus certifies that

1.    I am

☐    an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☒    a consultant employed by
      Skadden, Arps, Slate, Meagher & Flom LLP.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☒    an interested party that has filed a motion to intervene in this action, which is identified below:

      National Steel Corporation and United States Steel Corporation

3.    I was

☒    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.    I am

☐    (for attorneys) not involved in competitive decision making for the interested party I represent.

☒    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

*Pamela A. Marcus*

Pamela A. Marcus
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS
PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.      Certification by the consultant:

In this action, my access to business proprietary information will be under the
direction and control of John J. Mangan, an attorney at the law firm of
Skadden, Arps, Slate, Meagher & Flom LLP, who has provided the following
certification.

Pamela A. Marcus
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

2.      Certification by the attorney who is responsible for the direction and control
        of the consultant's access to business proprietary information:

I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom
LLP and am admitted to practice before the United States Court of Interna-
tional Trade. I have met the criteria for access to business proprietary informa-
tion under Rule 71(c) of the Rules of the United States Court of International
Trade. I will exercise direction and control over the access to business
proprietary information by the consultant who submits this Certification, and
agree to assume responsibility for the consultant's compliance with the terms
of Rule 71(c) and the Appendix on Access to Business Proprietary Informa-
tion Pursuant to Rule 71(c) of the Rules of the United States Court of Interna-
tional Trade.

John J. Mangan
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 21, 2002

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

Nucor Corporation,

Plaintiff,

v.

United States,                                      Court No. 02-00729

Defendant.

BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Floyd M. McGraw certifies that

1.      I am

☐      an attorney at the law firm of _____; or an
        attorney in the corporate legal department of _____, and I have
        read and am familiar with the Rules of the United States
        Court of International Trade.

☒      a consultant employed by
        Skadden, Arps, Slate, Meagher & Flom LLP.

2.      I represent, or am retained by or on behalf of

☐      a party to this action,

☒      an interested party that has filed a motion to intervene in this action,
        which is identified below:

        National Steel Corporation and United States Steel Corporation

3.      I was

☒      granted access to business proprietary information subject to an
        administrative protective order in the administrative proceeding which
        gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4. I am

☐ (for attorneys) not involved in competitive decision making for the interested party I represent.

☒ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

Floyd M. McGraw
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Date: November 19, 2002

2

ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS
PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.    Certification by the consultant:

In this action, my access to business proprietary information will be under the
direction and control of John J. Mangan, an attorney at the law firm of
Skadden, Arps, Slate, Meagher & Flom LLP, who has provided the following
certification.

Floyd M. McGraw
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

2.    Certification by the attorney who is responsible for the direction and control
of the consultant's access to business proprietary information:

I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom
LLP and am admitted to practice before the United States Court of Interna-
tional Trade. I have met the criteria for access to business proprietary informa-
tion under Rule 71(c) of the Rules of the United States Court of International
Trade. I will exercise direction and control over the access to business
proprietary information by the consultant who submits this Certification, and
agree to assume responsibility for the consultant's compliance with the terms
of Rule 71(c) and the Appendix on Access to Business Proprietary Informa-
tion Pursuant to Rule 71(c) of the Rules of the United States Court of Interna-
tional Trade.

John J. Mangan
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 21, 2002

3

Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

Nucor Corporation,

                              Plaintiff,
                    v.

United States,

                              Defendant.

Court No. 02-00729

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Stephen F. Munroe certifies that

1.    I am

☐    an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☒    a consultant employed by
Skadden, Arps, Slate, Meagher & Flom LLP.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☒    an interested party that has filed a motion to intervene in this action, which is identified below:

National Steel Corporation and United States Steel Corporation

3.    I was

☒    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.    I am

☐ (for attorneys) not involved in competitive decision making for the interested party I represent.

☒ (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

Stephen F. Munroe
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

2

ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS
PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.    Certification by the consultant:

In this action, my access to business proprietary information will be under the
direction and control of John J. Mangan, an attorney at the law firm of
Skadden, Arps, Slate, Meagher & Flom LLP, who has provided the following
certification.

Stephen F. Munroe
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

2.    Certification by the attorney who is responsible for the direction and control
of the consultant's access to business proprietary information:

I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom
LLP and am admitted to practice before the United States Court of Interna-
tional Trade. I have met the criteria for access to business proprietary informa-
tion under Rule 71(c) of the Rules of the United States Court of International
Trade. I will exercise direction and control over the access to business
proprietary information by the consultant who submits this Certification, and
agree to assume responsibility for the consultant's compliance with the terms
of Rule 71(c) and the Appendix on Access to Business Proprietary Informa-
tion Pursuant to Rule 71(c) of the Rules of the United States Court of Interna-
tional Trade.

John J. Mangan
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 21, 2002

3

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

---

Nucor Corporation,

                              Plaintiff,
              v.

United States,

                              Defendant.

Court No. 02-00729

---

BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Robert J. Smith certifies that

1.     I am

☐     an attorney at the law firm of _____; or an
       attorney in the corporate legal department of _____, and I have
       read and am familiar with the Rules of the United States
       Court of International Trade.

☒     a consultant employed by
       Skadden, Arps, Slate, Meagher & Flom LLP.

2.     I represent, or am retained by or on behalf of

☐     a party to this action,

☒     an interested party that has filed a motion to intervene in this action,
       which is identified below:

              National Steel Corporation and United States Steel Corporation

3.     I was

☒     granted access to business proprietary information subject to an
       administrative protective order in the administrative proceeding which
       gives rise to this action.

☐   not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

4.    I am

☐   (for attorneys) not involved in competitive decision making for the interested party I represent.

☒   (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

Robert J. Smith
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November 19, 2002

2

ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS
PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.    Certification by the consultant:

In this action, my access to business proprietary information will be under the
direction and control of John J. Mangan, an attorney at the law firm of
Skadden, Arps, Slate, Meagher & Flom LLP, who has provided the following
certification.

Robert J. Smith
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November  _19_, 2002

2.    Certification by the attorney who is responsible for the direction and control
of the consultant's access to business proprietary information:

I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom
LLP and am admitted to practice before the United States Court of Interna-
tional Trade. I have met the criteria for access to business proprietary informa-
tion under Rule 71(c) of the Rules of the United States Court of International
Trade. I will exercise direction and control over the access to business
proprietary information by the consultant who submits this Certification, and
agree to assume responsibility for the consultant's compliance with the terms
of Rule 71(c) and the Appendix on Access to Business Proprietary Informa-
tion Pursuant to Rule 71(c) of the Rules of the United States Court of Interna-
tional Trade.

John J. Mangan
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: November _21_ , 2002

3

<u>Nucor Corporation v. United States</u>

**Court No. 02-00729**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing submission was served on this <u>21st</u> day of <u>November, 2002</u>, by certified mail, return receipt requested on the following:

Attorney General of the United States
c/o John Mahon, Esq.
Acting Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, NY  10278

Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
Room 12124
1100 L Street, N.W.
Washington, D.C.  20530

The Honorable Marilyn R. Abbott
Secretary
**U.S. International Trade Commission**
500 E Street, S.W.
Washington, D.C.  20436

Charles A. St. Charles, Esq.
Office of the General Counsel
**U.S. International Trade Commission**
500 E Street, S.W.
Washington, D.C.  20436

Kevin M. Dempsey, Esq.
**DEWEY BALLANTINE LLP**
1775 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-4605

Charles Owen Verrill, Jr., Esq.
**WILEY, REIN & FIELDING LLP**
1776 K Street, N.W.
Washington, D.C.  20006

*On behalf of Bethlehem Steel Corporation
and United States Steel Corporation*

*On behalf of Nucor Corporation*

Roger B. Schagrin, Esq.
**SCHAGRIN ASSOCIATES**
1100 15th Street, N.W., Suite 700
Washington, D.C.  20005

William Silverman, Esq.
**HUNTON & WILLIAMS**
1900 K Street, N.W.
Washington, D.C.  20006-1109

*On behalf of Steel Dynamics, Inc., WCI
Steel, Inc., and Weirton Steel Corp.*

*On behalf of AB Sandvik Steel and Sandvik
Steel Company*

Leonard M. Shambon, Esq.
**WILMER, CUTLER & PICKERING**
2445 M Street, N.W.
Washington, D.C.  20037-1420

*On behalf of BHP Steel (AIS) Pty Ltd., BHP
New Zealand Steel Ltd., and BHP Steel
Americas, Inc.*

Kristin H. Mowry, Esq.
**O'MELVENY & MYERS LLP**
555 13th Street, N.W.
Washington, D.C.  20004-1109

*On behalf of Iscor (Pty) Ltd., SIDMAR, NV,
TradeARBED Inc., Uddeholmstrip and
Uddeholm Tooling Svenska AB, Aceralia
Sidstahl Iberica, Stahlwerke Bremen and
Bohler Uddeholm Corp.*

William H. Barringer, Esq.
**WILLKIE, FARR & GALLAGHER**
1875 K Street, N.W.
Washington, D.C.  20006

*On behalf of Nippon Steel Corp., NKK
Corp., Kawasaki Steel Corp., Sumitomo
Metal Industries, Ltd., Kobe Steel Ltd.,
Nisshin Steel Co., Ltd., Companhia
Siderurgica Nacional, Companhia
Siderurgica Paulista, Usinas Siderurgicas
de Minas Gerais, S.A., and Thai Cold
Rolled Steel Sheet Public, Co., Ltd.*

David L. Simon, Esq.
**LAW OFFICES OF DAVID L. SIMON**
1000 Connecticut Avenue, N.W., Suite 412
Washington, D.C.  20006

*On behalf of Eregli Demir ve Celik Fab.
T.A.S.*

Murray J. Belman, Esq.
**THOMPSON COBURN LLP**
1909 K Street, N.W., Suite 600
Washington, D.C.  20006-1167

*On behalf of Ispat Inland Inc.*

Barbara A. Murphy, Esq.
**ADDUCI, MASTRIANI & SCHAUMBERG
LLP**
1200 17th Street, N.W., 5th Floor
Washington, D.C.  20036

*On behalf of Association of Cold-Rolled Strip
Steel Producers*

Philippe M. Bruno, Esq.
**DORSEY & WHITNEY LLP**
1001 Pennsylvania Avenue, N.W., Suite 400
South
Washington, D.C.  20004-2533

*On behalf of Pangang Group International
Economic and Trading Corp.*

Neil R. Ellis, Esq.
**SIDLEY, AUSTIN, BROWN & WOOD LLP**
1501 K Street, N.W.
Washington, D.C.  20005

*On behalf of JSC Severstal*

Gail T. Cumins, Esq.
**SHARRETTS, PALEY, CARTER &**
**BLAUVELT P.C.**
75 Broad Street
New York, N.Y.  10004

*On behalf of Thyssen Krupp Stahl AG, EKO*
*Stahl GmbH, Stahlwerke Bremen GmbH*
*and Saltzgitter AG Stahl und Technologie*

Arthur J. Lafave, III, Esq.
**LAFAVE & SAILER LLP**
1101 Connecticut Avenue, N.W.
Washington, D.C.  20036

*On behalf of Borcelik Celik Sanayii ve*
*Ticaret A.S.*

Joseph W. Dorn, Esq.
**KING & SPALDING**
1730 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-4706

*On behalf of AK Steel Corporation*

Daniel J. Cannistra, Esq.
**ERNST & YOUNG**
1225 Connecticut Avenue, N.W.
Washington, D.C.  20036

*On behalf of Novolipetsk Iron and Steel*
*Corp.*

Leslie Alan Glick, Esq.
**PORTER, WRIGHT, MORRIS & AR-**
**THUR**
1919 Pennsylvania Avenue, N.W., Suite 500
Washington, D.C.  20006-3434

*On behalf of Kern-Liebers USA, Inc.*

Joel D. Kaufman, Esq.
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795

*On behalf of Corus Staal BV and Corus Steel*
*USA, Inc., Tata Iron and Steel Company, Ltd.,*
*Tata Inc. and Tube Investments of India, Ltd.*

Donald B. Cameron, Esq.
**KAYE SCHOLER LLP**
The McPherson Building
901 15th Street, N.W.
Washington, D.C.  20005

*On behalf of the Korean Iron & Steel Associa-*
*tion, Pohang Iron & Steel Co., Ltd. and*
*Dongbu Steel Co., Ltd.*

Thomas Wilmer, Esq.
**SHEARMAN & STERLING**
801 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2604

*On behalf of Usinor*

David P. Houlihan, Esq.
**WHITE & CASE LLP**
601 13th Street, N.W., Suite 600 South
Washington, D.C. 20005-3807

*On behalf of Shanghai Baosteel Group
Corp., Siderurgica del Orinoco, C.A. and
Siderar S.A.I.C.*

Matthew T. McGrath, Esq.
**BARNES, RICHARDSON & COLBURN**
1225 Eye Street, N.W., Suite 1150
Washington, D.C. 20005

*On behalf of Association of German Specialty
Cold Rolled Strip Producers*

Kenneth G. Weigel, Esq.
**ALSTON & BIRD LLP**
601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, D.C. 20004-2601

*On behalf of Mitsui & Co. (U.S.A.), Inc.*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By:    Amy W. Downey
          Legal Assistant

RECEIVED & FILED

2002 NOV 25  P 3: 22

U.S. COURT OF
INTERNATIONAL
LEO M. GORDON, CLERK

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(e). THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING-
TO WIT _____ *11 - 21 - 02*