Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NUCOR CORPORATION,    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,    Defendant. | Court No. 02-00729 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

__William A. Noellert_____ certifies that

1. I am

   ☐ an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

   ☒ a consultant employed by
   ___Dewey Ballantine LLP_____.

2. I represent, or am retained by or on behalf of

   ☐ a party to this action,

   ☒ an interested party that has filed a motion to intervene in this action, which is identified below:
   __Bethlehem Steel Corporation and United States Steel Corporation__

3. I was

   ☒ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

   ☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and

interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71 (c) to the Rules of the United States Court of International Trade.

4.     I am

    ☐ (for attorneys) not involved in competitive decisionmaking for the Interested party I represent.

    ☒ (for consultants) independent of all parties in this action.

5.     I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

_[signature]_
[Attorney or Consultant]

1775 Pennsylvania Avenue, N.W.

Washington, D.C. 20006

(202) 862-1000
[Address and Telephone Number]

Date: November 19, 2002

ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS
PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.   Certification by the consultant:

   In this action, my access to business proprietary information will be under the direction and control of _____Kevin M. Dempsey_____, an attorney at the law firm of _____Dewey Ballantine LLP_____, who has provided the following certification.

   _____
   [Consultant]

   __1775 Pennsylvania Avenue, N.W.__

   __Washington, D.C.  20006__

   __(202) 862-1000__
   [Address and Telephone Number]

Date: November 19, 2002

2.   Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

   I am an attorney at the law firm of _____Dewey Ballantine LLP_____ and am admitted to practice before the United States Court of International Trade. I have met the criteria for access to business proprietary information under Rule 71 (c) of the Rules of the United States Court of International Trade. I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 71 (c) and the Appendix on Access to Business Proprietary Information Pursuant to Rule 71 (c) of the Rules of the United States Court of International Trade.

   _____
   [Attorney]

   __1775 Pennsylvania Avenue, N.W.__

   __Washington, D.C.  20006__

   __(202) 862-1000__
   [Address and Telephone Number]

Date: November 21, 2002
(As added Jan. 25, 2000, eff. May 1, 2000.)

Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NUCOR CORPORATION,  Plaintiff,<br><br>v.<br><br>THE UNITED STATES,  Defendant. | Court No. 02-00729 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

__Susan B. Hester_____ certifies that

1. I am

    ☐ an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

    ☒ a consultant employed by
        __Dewey Ballantine LLP_____ .

2. I represent, or am retained by or on behalf of

    ☐ a party to this action,

    ☒ an interested party that has filed a motion to intervene in this action, which is identified below:
      Bethlehem Steel Corporation and United States Steel Corporation

3. I was

    ☒ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

    ☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and

interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71 (c) to the Rules of the United States Court of International Trade.

4.  I am

    ☐   (for attorneys) not involved in competitive decisionmaking for the Interested party I represent.

    ☒   (for consultants) independent of all parties in this action.

5.  I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

_____
[Attorney or Consultant]

1775 Pennsylvania Avenue, N.W.

Washington, D.C. 20006

(202) 862-1000
[Address and Telephone Number]

Date: November 6, 2002

- 2 -

ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS
PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.  Certification by the consultant:

   In this action, my access to business proprietary information will be under the direction and control of _____Kevin M. Dempsey_____, an attorney at the law firm of _____Dewey Ballantine LLP_____, who has provided the following certification.

   _____
   [Consultant]

   1775 Pennsylvania Avenue, N.W.

   Washington, D.C.  20006

   (202) 862-1000
   [Address and Telephone Number]

Date: November 19, 2002

2.  Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

   I am an attorney at the law firm of _____Dewey Ballantine LLP_____ and am admitted to practice before the United States Court of International Trade. I have met the criteria for access to business proprietary information under Rule 71 (c) of the Rules of the United States Court of International Trade. I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 71 (c) and the Appendix on Access to Business Proprietary Information Pursuant to Rule 71 (c) of the Rules of the United States Court of International Trade.

   _____
   [Attorney]

   1775 Pennsylvania Avenue, N.W.

   Washington, D.C.  20006

   (202) 862-1000
   [Address and Telephone Number]

Date: November 21, 2002
(As added Jan. 25, 2000, eff. May 1, 2000.)

- 3 -

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NUCOR CORPORATION,        Plaintiff, | |
| v. | Court No. 02-00729 |
| THE UNITED STATES,        Defendant. | |

BUSINESS PROPRIETARY INFORMATION CERTIFICATION

__Brent L. Bartlett__ certifies that

1. I am

    ☐ an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

    ☒ a consultant employed by __Dewey Ballantine LLP__.

2. I represent, or am retained by or on behalf of

    ☐ a party to this action,

    ☒ an interested party that has filed a motion to intervene in this action, which is identified below:
    __Bethlehem Steel Corporation and United States Steel Corporation__

3. I was

    ☒ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

    ☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and

interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71 (c) to the Rules of the United States Court of International Trade.

4.  I am

    ☐   (for attorneys) not involved in competitive decisionmaking for the Interested party I represent.

    ☒   (for consultants) independent of all parties in this action.

5.  I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

_____
[Attorney or Consultant]

1775 Pennsylvania Avenue, N.W.

Washington, D.C.  20006

(202) 862-1000
[Address and Telephone Number]

Date:  November 1Y, 2002

ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS
PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.  Certification by the consultant:

   In this action, my access to business proprietary information will be under the direction and control of _____Kevin M. Dempsey_____, an attorney at the law firm of _____Dewey Ballantine LLP_____, who has provided the following certification.

   _____
   [Consultant]

   1775 Pennsylvania Avenue, N.W.

   Washington, D.C. 20006

   (202) 862-1000
   [Address and Telephone Number]

Date: November 18, 2002

2.  Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

   I am an attorney at the law firm of _____Dewey Ballantine LLP_____ and am admitted to practice before the United States Court of International Trade. I have met the criteria for access to business proprietary information under Rule 71(c) of the Rules of the United States Court of International Trade. I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 71(c) and the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) of the Rules of the United States Court of International Trade.

   _____
   [Attorney]

   1775 Pennsylvania Avenue, N.W.

   Washington, D.C. 20006

   (202) 862-1000
   [Address and Telephone Number]

Date: November 21, 2002
(As added Jan. 25, 2000, eff. May 1, 2000.)

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NUCOR CORPORATION,     Plaintiff, | |
| v. | Court No. 02-00729 |
| THE UNITED STATES,     Defendant. | |

BUSINESS PROPRIETARY INFORMATION CERTIFICATION

__Greg Hume_____ certifies that

1. I am

    ☐ an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

    ☒ a consultant employed by
    __Dewey Ballantine LLP_____ .

2. I represent, or am retained by or on behalf of

    ☐ a party to this action,

    ☒ an interested party that has filed a motion to intervene in this action, which is identified below:
    __Bethlehem Steel Corporation and United States Steel Corporation_____

3. I was

    ☒ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

    ☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification

pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71 (c) to the Rules of the United States Court of International Trade.

4.  I am

    ☐   (for attorneys) not involved in competitive decisionmaking for the Interested party I represent.

    ☒   (for consultants) independent of all parties in this action.

5.  I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

_____
[Attorney or Consultant]

1775 Pennsylvania Avenue, N.W.

Washington, D.C.  20006

(202) 862-1000
[Address and Telephone Number]

Date: November 19, 2002

- 2 -

ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS
PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.  Certification by the consultant:

   In this action, my access to business proprietary information will be under the direction and control of _____Kevin M. Dempsey_____, an attorney at the law firm of _____Dewey Ballantine LLP_____, who has provided the following certification.

   _____
   [Consultant]

   1775 Pennsylvania Avenue, N.W.

   Washington, D.C.  20006

   (202) 862-1000
   [Address and Telephone Number]

Date: November 19, 2002

2.  Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

   I am an attorney at the law firm of _____Dewey Ballantine LLP_____ and am admitted to practice before the United States Court of International Trade. I have met the criteria for access to business proprietary information under Rule 71 (c) of the Rules of the United States Court of International Trade. I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 71 (c) and the Appendix on Access to Business Proprietary Information Pursuant to Rule 71 (c) of the Rules of the United States Court of International Trade.

   _____
   [Attorney]

   1775 Pennsylvania Avenue, N.W.

   Washington, D.C.  20006

   (202) 862-1000
   [Address and Telephone Number]

Date: November 21, 2002

(As added Jan. 25, 2000, eff. May 1, 2000.)

- 3 -

Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NUCOR CORPORATION,      Plaintiff,<br><br>v.<br><br>THE UNITED STATES,      Defendant. | Court No. 02-00729 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

__Arturo Ramos_____ certifies that

1. I am

    ☐ an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

    ☒ a consultant employed by __Dewey Ballantine LLP__ .

2. I represent, or am retained by or on behalf of

    ☐ a party to this action,

    ☒ an interested party that has filed a motion to intervene in this action, which is identified below:
    __Bethlehem Steel Corporation and United States Steel Corporation__

3. I was

    ☒ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

    ☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and

interested parties who are entitled to service of this Certification pursuant to Rules 5 and 71(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 71 (c) to the Rules of the United States Court of International Trade.

4.     I am

    ☐     (for attorneys) not involved in competitive decisionmaking for the Interested party I represent.

    ☒     (for consultants) independent of all parties in this action.

5.     I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 71(c) to the Rules of the United States Court of International Trade.

_[signature]_
[Attorney or Consultant]

1775 Pennsylvania Avenue, N.W.

Washington, D.C. 20006

(202) 862-1000
[Address and Telephone Number]

Date: November 19, 2002

ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS
PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1. Certification by the consultant:

   In this action, my access to business proprietary information will be under the direction and control of _____Kevin M. Dempsey_____, an attorney at the law firm of _____Dewey Ballantine LLP_____, who has provided the following certification.

   _____
   [Consultant]

   1775 Pennsylvania Avenue, N.W.

   Washington, D.C. 20006

   (202) 862-1000
   [Address and Telephone Number]

Date: November 19, 2002

2. Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

   I am an attorney at the law firm of _____Dewey Ballantine LLP_____ and am admitted to practice before the United States Court of International Trade. I have met the criteria for access to business proprietary information under Rule 71 (c) of the Rules of the United States Court of International Trade. I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 71 (c) and the Appendix on Access to Business Proprietary Information Pursuant to Rule 71 (c) of the Rules of the United States Court of International Trade.

   _____
   [Attorney]

   1775 Pennsylvania Avenue, N.W.

   Washington, D.C. 20006

   (202) 862-1000
   [Address and Telephone Number]

Date: November 21, 2002
(As added Jan. 25, 2000, eff. May 1, 2000.)

RECEIVED & FILED

2002 NOV 25  P 3: 42

U.S. C[...]
[illegible stamp]

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(e). THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING-
TO WIT 11/21/02